IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CINCH, LLC, a Nebraska Limited
Liability Company,

             Plaintiff,

    v.

AMERICAN FARMERS AND RANCHERS
INSURANCE COMPANY, GREAT AMERICAN
INSURANCE GROUP d/b/a GREAT
AMERICAN INSURANCE COMPANY,
and TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT,

             Defendants.

CASE NO.

**NOTICE OF REMOVAL**

American Farmers and Ranchers Insurance Company ("American Farmers"), Great American Insurance Company ("Great American"), and Travelers Indemnity Company of Connecticut ("Travelers"), the Defendants hereby give notice of removal of this case to the United States District Court for the District of Nebraska pursuant to 28 USC §§ 1332, 1441 and 1446. In support of this Notice of Removal, Defendants state:

    1.     On April 2, 2013, Plaintiff initiated this action by filing a Complaint and Praecipe in the District Court of Cedar County, Nebraska. The Complaint alleges that Plaintiff sustained damages in the amount of $1,098,955.68 exclusive of interest and costs. The Complaint was assigned Case No. CI 13-13. A true copy of the Complaint and Praecipe is attached as Exhibit "A."

    2.     On April 3, 2013 the District Court of Cedar County, Nebraska issued summonses to American Farmers, Great American and Travelers. True copies of the summonses are attached hereto as Exhibits "B", "C" & "D."

    3.     On April 24, 2013, Plaintiff filed Proofs of Service showing service on American Farmers on April 18, 2013, service on Great American on April 8, 2013; and service on Travelers on April 5, 2013. Copies of the Proofs of Service are attached hereto marked Exhibits "E", "F" and "G".

4.     The Complaint alleges that Plaintiff is a limited liability company which was formed under Nebraska law and which does business in Cedar County, Nebraska.   On information and belief, Defendants allege that Plaintiff's principal place of business is Nebraska.

5.     American Farmers is a corporation formed and existing under Oklahoma law which maintains its principal place of business in Oklahoma.

6.     Great American is a corporation formed under Ohio law which maintains its principal place of business in Ohio.  It does business from time to time under the trade name Great American Insurance Group.

7.     Travelers is a corporation formed under Connecticut law which maintains its principal place of business in Connecticut.

8.     This Court has subject matter jurisdiction over this action pursuant to 28 USC § 1332 because there is diversity of citizenship between Plaintiff and all Defendants and because the amount in controversy exceeds $75,000.00.

9.     Pursuant to 28 USC § 1446(d), the Defendants will file a copy of this Notice of Removal with the Clerk of the District Court for Cedar County, Nebraska and will serve a copy on Plaintiff's counsel.

Dated this 29th day of April, 2013.

AMERICAN FARMERS AND
RANCHERS INSURANCE COMPANY,
Defendant

By: *Dan H. Ketcham*
Dan H. Ketcham #18930
Engles Ketcham Olson & Keith, PC
1350 Woodmen Tower
1700 Farnam Street
Omaha, NE 68102-2002
(402) 348-0900
(402) 348-0904 (Fax)
dketcham@ekoklaw.com

565573.doc

GREAT AMERICAN INSURANCE
GROUP d/b/a GREAT AMERICAN
INSURANCE COMPANY, Defendant

By: *Mark J. Daly*
Mark J. Daly #15373
Fitgerald Schorr Barmettler & Brennan PC, LLO
200 Regency One
10050 Regency Circle
Omaha, Nebraska 68114-3794
(402) 342-1000
(402) 342-1025 (Fax)
mdaly@fitzlaw.com


TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT, Defendant

By: *Thomas J. Culhane*
Thomas J. Culhane #10859
Erickson | Sederstrom, P.C. LLO
Regency Westpointe Suite 100
10330 Regency Parkway Drive
Omaha, Nebraska 68114
(402) 397-2200
(402) 390-7137 (Fax)
culhane@eslaw.com

3

Filed in Cedar District Court
*** EFILED ***
Case Number: D13CI130000013
Transaction ID: 0000659241
Filing Date: 04/02/2013 03:46:41 PM CDT

## IN THE DISTRICT COURT OF CEDAR COUNTY, NEBRASKA

| | | |
|---|---|---|
| CINCH, LLC, a Nebraska Limited Liability Company, | ) ) ) | Case No. _____ |
| Plaintiff, | ) ) | |
| v. | ) ) | COMPLAINT FOR DECLARATORY JUDGMENT (EQUITY) AND BREACH OF CONTRACT (LAW) |
| AMERICAN FARMERS AND RANCHERS INSURANCE COMPANY, GREAT AMERICAN INSURANCE GROUP d/b/a GREAT AMERICAN INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiff avers:

### GENERAL AVERMENTS

1. <u>Plaintiff.</u> Cinch, LLC is a Nebraska limited liability company. The facility hereinafter described was located in Cedar County, Nebraska, at all material times herein.

2. <u>Defendants.</u>

A. American Farmers and Ranchers Insurance Company is an insurance company authorized to conduct business in the State of Nebraska. Defendant American Farmers and Ranchers Insurance Company's (hereinafter "American Farmers") registered agent for service of process is Bobby Green, and the registered address is 800 N. Harvey, Oklahoma City, OK 73102. Defendant issued policy number RM01482-00 to insure Plaintiff's interest hereinafter described.

B. Great American Insurance Group d/b/a Great American Insurance Company is an insurance company authorized to conduct business in the State of Nebraska. Defendant Great

040213/611245/JMH/JES/00221284:3



'EXHIBIT____A____'

American Insurance Group's (hereinafter "Great American") registered agent for service of process is Eve Cutler Rosen, and the registered address is 580 Walnut Street, Cincinnati, OH 45202. Defendant issued policy number RM01482-00 to insure Plaintiff's interest hereinafter described.

C. Travelers Indemnity Company of Connecticut is an insurance company authorized to conduct business in the State of Nebraska. Defendant Travelers Indemnity Company of Connecticut's (hereinafter "Travelers") registered agent for service of process is CSC-Lawyers Incorporating Service Co., and the registered address is 233 South 13th St., Suite 1900, Lincoln, NE 68508. Defendant issued policy number RM01482-00 to insure Plaintiff's interest hereinafter described.

3. Jurisdiction/Venue. Plaintiff filed Plaintiff's Complaint pursuant to the Uniform Declaratory Judgment Act, *Neb. Rev. Stat.* § 25-21,149, *et seq.*, as amended. This Court has jurisdiction pursuant to the Uniform Declaratory Judgment Act. Venue is proper with this Court pursuant to *Neb. Rev. Stat.* § 24-403.01, *et seq.*, as amended, for the reason that the insurance policies and the covered property are located in Cedar County, Nebraska.

## FIRST THEORY OF RECOVERY

### Declaratory Judgment

4. Incorporation. Plaintiff incorporates paragraphs 1 through 3 of its General Averments into the First Theory of Recovery, as if fully set forth herein.

5. Genuine Controversy. Plaintiff has no adequate remedy at law, and as a result, Plaintiff will suffer irreparable damage. All parties having an interest in the controversy are made or joined as party defendants. A genuine controversy exists between Plaintiff and Defendants.

6. Insurance Policies. Plaintiff operated a hog confinement facility located at 87248 Hwy 57, Laurel, Cedar County, NE 68754 and had personal property located therein which hog facility sustained property damage as a result of storm and snow that

040213/611245/JMH/JES/00221284:3                    -2-

caused the hog facility structure to experience structural damage including, but not limited to, failure of the wood roof trusses and displacement of the southeast wall, together with ventilation fans. Plaintiff submitted a claim to Defendants for property damage loss as a result of the damage to the Plaintiff's hog facility and personal property subject to coverage limits pursuant to the policies.

7. Denial. Defendants, and each of them, have denied the Plaintiff's claim for damage to its hog facility and personal property asserting that each of the respective Defendants' policies do not provide coverage for the damage to the Plaintiff's hog facility structure and personal property. In addition, Plaintiff has sustained loss of income as a result of its inability to operate due to the structural damages.

8. Declaratory Judgment. Pursuant to *Neb. Rev. Stat.* § 25-21,149, *et seq.*, as amended, Plaintiff is an interested person under the written insurance contracts and a question of construction or validity arises under the contract concerning the rights of the parties and status of the subject insurance policy coverages.

9. Attorney's fees and costs. Pursuant to *Neb. Rev. Stat.* § 44-359, *et seq.*, as amended, Plaintiff seeks reasonable attorney's fees and costs against the Defendants.

## SECOND THEORY OF RECOVERY

### Breach of Contract

10. Incorporation. Plaintiff incorporates into Plaintiff's Second Theory of Recovery paragraphs 1, 2, 3, 6, and 7 of Plaintiff's Complaint as if fully set forth herein.

11. Breach. Defendants, and each of them, have breached their respective insurance policy contracts in that:

> A. Defendants have failed or refused to pay Plaintiff for the damages sustained by the Plaintiff to the hog confinement facility described in paragraph 6.

12. Performance. Plaintiff has performed pursuant to the terms and conditions of each of the respective insurance policies.

13. <u>Demand</u>. Plaintiff has made demand upon each of the named Defendants for insurance coverage under the respective insurance policy issued by each Defendant but Defendants have each failed or refused to pay Plaintiff the sustained loss.

14. <u>Damages</u>. As a direct and proximate result of the Defendants', and each of them, respective breach, the Plaintiff has sustained damages as follows:

A.  Clean up barns with water extract . . . . . . . . . . . . $ 23,983.75

B.  Plumbing interior, repair broken lines . . . . . . . . $   5,200.00

C.  Hot water heater replacement . . . . . . . . . . . . . . $   1,475.00

D.  Water filter system . . . . . . . . . . . . . . . . . . . . . . . . $ 2,500.00

E.  Well head and exterior ground lines . . . . . . . . . . . . $ 400.00

F.  Roofs, (4) buildings . . . . . . . . . . . . . . . . . . . . . . . $153,348.00

G.  Insulation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 28,161.00

H.  Labor to remove trusses, metal ceiling,
    insulation piping and electrical . . . . . . . . . . . . . $ 87,530.00

I.  Labor to install new trusses, interior metal ceiling  $ 65,480.00

J.  Material for trusses, purlins, bracing and ceilings   $208,372.94

K.  East wall, push-out . . . . . . . . . . . . . . . . . . . . . . $ 12,371.22

L.  Rerun plumbing, water line . . . . . . . . . . . . . . . . $ 55,000.00

M. Electrical . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 32,335.70

N.  Fans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 21,697.00

O.  Curtains . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 19,851.65

P.  Contract overhead and profit . . . . . . . . . . . . . . . $150,109.32

Q. Lost business income ..................... $231,140.10

Total .......... <u>$1,098,955.68</u>

## THIRD THEORY OF RECOVERY

### Bad Faith

15. <u>Incorporation</u>. Plaintiff incorporates paragraphs 1 through 9 of Plaintiff's Complaint as if fully set forth herein.

16. <u>Bad Faith Claim</u>. Defendants have acted in bad faith in denying Plaintiff's claim. Defendants lacked a reasonable basis for denying the benefits of the insurance policy, having knowledge or acting in reckless disregard or lack of a reasonable basis for denying the claim.

### PRAYER

WHEREFORE, Plaintiff prays:

A. For judgment on Plaintiff's First Theory of Recovery seeking that the Court enter a declaratory judgment determining the nature and extent of Plaintiff's insured losses, the responsibility and liability of the Defendants, and each of them concerning such coverage and losses and all other rights and interests of the parties in this matter;

B. For judgment on Plaintiff's Second Theory of Recovery for special damages in the sum of $1,098,955.68;

C. For judgment on Plaintiff's Third Theory of Recovery seeking that the Court enter an Order determining that the Defendants have acted in bad faith;

D. For judgment in favor of Plaintiff and against Defendants on Plaintiff's First, Second and Third Theories of Recovery in a sum to be determined at trial;

E. For attorney's fees pursuant to *Neb. Rev. Stat.* § 44-359, *et seq.*, as amended;

F. For costs of this action; and

G. For such other relief is the Court shall deem fair and equitable.

Dated this 2nd day of April, 2013.

CINCH, LLC, a Nebraska Limited Liability Company, Plaintiff,

By _____

David E. Copple, #17274
Attorney for Plaintiff
Copple, Rockey, McKeever
& Schlecht P.C., L.L.O.
2425 Taylor Avenue
P.O. Box 78
Norfolk, NE  68702-0078
Telephone:  402.371.4300
Facsimile:  402.371.0790
Email:  decopple@greatadvocates.com

VERIFICATION

STATE OF NEBRASKA )
                  ) ss.
COUNTY OF *Colfax* )

     Russell J. Vering, being duly sworn, deposes and says: He is a Member of Cinch, LLC, Plaintiff in the within action; he has read the foregoing Complaint and Praecipe in the case of *Cinch, LLC v. American Farmers and Ranchers Insurance Company, Great American Insurance Group d/b/a Great American Insurance Company, and Travelers Indemnity Company of Connecticut* to be filed with the Court on or about April 2 , 2013, and knows the contents thereof; the same is true to his own knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters deponent believes them to be true.

By     
              Russell J. Vering, Member of Cinch, LLC

     The foregoing Complaint was subscribed and sworn to before me this 2nd day of April , 2013, by Russell J. Vering, Member of Cinch, LLC, on behalf of the limited liability company.

GENERAL NOTARY - State of Nebraska
ARLENE NEMEC
My Comm. Exp. Oct. 27, 2013

                          Notary Public

PRAECIPE

TO:     Clerk of the District Court
        Cedar County, Nebraska

        Pursuant to *Neb. Rev. Stat.* § 25-505.01, *et seq.*, please issue SUMMONSES and copies of the Complaint directed to Defendants as follows:

> American Farmers and Ranchers Insurance Company
> Bobby Green, Registered Agent
> 800 N. Harvey
> Oklahoma City, OK  73102
>
> Great American Insurance Company
> Eve Cutler Rosen, Registered Agent
> 580 Walnut Street
> Cincinnati, OH  45202
>
> Travelers Indemnity Company of Connecticut
> CSC-Lawyers Incorporating Service Co., Registered Agent
> 233 South 13th St., Suite 1900
> Lincoln, NE  68508

        Please return the SUMMONSES and copies of the Complaint to counsel for Plaintiff as Plaintiff elects to make service of process by certified mail.  Please endorse upon the SUMMONSES: "For judgment on Plaintiff's First Theory of Recovery determining the rights and interests of the parties, for judgment on Plaintiff's Second Theory of Recovery for special damages in the sum of $1,098,955.68, for an Order determining Defendants acted in Bad Faith, for judgment in favor of Plaintiff and against Defendants on Plaintiff's First, Second and Third Theories of Recovery in a sum to be determined, attorney's fees, costs and such other relief".

                                          _____
                                            Attorney for Plaintiff

Image ID:

## SUMMONS

Doc. No.      4778

American Farmers
& Ranchers

APR 8 - 2013

IN THE DISTRICT COURT OF Cedar COUNTY, NEBRASKA
Cedar County Courthouse
P.O. Box 796
Hartington          NE 68739 0796

Cinch LLC v. American Farmers & Ranchers Ins.Co.; Great American Ins. Group;etal
                                    Case ID: CI 13        13

TO:  American Farmers & Ranchers Ins

You have been sued by the following plaintiff(s):

     Cinch LLC

Plaintiff's Attorney:   David E Copple
Address:                2425 Taylor Avenue
                        PO Box 78
                        Norfolk, NE 68702-0078
Telephone:              (402) 371-4300

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  APRIL  3, 2013      BY THE COURT: _____
                                              Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

          American Farmers & Ranchers Ins
          Bobby Green,  Reg. Agent
          800 N. Harvey
          Oklahoma City, OK 73102

Method of service:  Certified Mail
Special Instructions:
"See attached"

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

'EXHIBIT____B___'

# ATTACHMENT TO SUMMONS

"For judgment on Plaintiff's First Theory of Recovery determining the rights and interests of the parties, for judgment on Plaintiff's Second Theory of Recovery for special damages in the sum of $1,098,955.68, for an Order determining Defendants acted in Bad Faith, for judgment in favor of Plaintiff and against Defendants on Plaintiff's First, Second and Third Theories of Recovery in a sum to be determined, attorney's fees, costs and such other relief."

Image ID:

## SUMMONS

Doc. No.    4779

IN THE DISTRICT COURT OF Cedar COUNTY, NEBRASKA
Cedar County Courthouse
P.O. Box 796
Hartington        NE 68739 0796

Cinch LLC v. American Farmers & Ranchers Ins.Co.; Great American Ins. Group;etal
Case ID: CI 13        13

TO:  Great American Insurance Group
DBA: Great American Insurance Company

**RECEIVED**

APR -9 2013

Great American Ins. Co.
Corp. Legal Dept.

You have been sued by the following plaintiff(s):

Cinch LLC

Plaintiff's Attorney:     David E Copple
Address:                  2425 Taylor Avenue
                          PO Box 78
                          Norfolk, NE 68702-0078
Telephone:                (402) 371-4300

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  APRIL 3, 2013        BY THE COURT: _____
                                              Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        Great American Insurance Group
        Eve Cutler Rosen, Reg. Agent
        580 Walnut Street
        Cincinnati, OH 45202

Method of service:  Certified Mail
Special Instructions:
"See attached"

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

**EXHIBIT "C"**

## ATTACHMENT TO SUMMONS

"For judgment on Plaintiff's First Theory of Recovery determining the rights and interests of the parties, for judgment on Plaintiff's Second Theory of Recovery for special damages in the sum of $1,098,955.68, for an Order determining Defendants acted in Bad Faith, for judgment in favor of Plaintiff and against Defendants on Plaintiff's First, Second and Third Theories of Recovery in a sum to be determined, attorney's fees, costs and such other relief."

Image ID:

## SUMMONS

Doc. No.      4780

IN THE DISTRICT COURT OF Cedar COUNTY, NEBRASKA
Cedar County Courthouse
P.O. Box 796
Hartington          NE 68739 0796

Cinch LLC v. American Farmers & Ranchers Ins.Co.; Great American Ins. Group;etal
Case ID: CI 13          13

TO:  Travelers Indemnity Co of Conn.

You have been sued by the following plaintiff(s):

    Cinch LLC

Plaintiff's Attorney:    David E Copple
Address:                 2425 Taylor Avenue
                         PO Box 78
                         Norfolk, NE 68702-0078
Telephone:               (402) 371-4300

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  APRIL 3, 2013      BY THE COURT:  _____
                                              Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        Travelers Indemnity Co of Conn.
        CSC-Lawyers Incorp Serv, Reg. Agent
        233 S. 13th Street, Suite 1900
        Lincoln, NE 68508

Method of service:  Certified Mail
Special Instructions:
"See attached"

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

EXHIBIT____D____

## ATTACHMENT TO SUMMONS

"For judgment on Plaintiff's First Theory of Recovery determining the rights and interests of the parties, for judgment on Plaintiff's Second Theory of Recovery for special damages in the sum of $1,098,955.68, for an Order determining Defendants acted in Bad Faith, for judgment in favor of Plaintiff and against Defendants on Plaintiff's First, Second and Third Theories of Recovery in a sum to be determined, attorney's fees, costs and such other relief."

Filed in Cedar District Court
*** EFILED ***
Case Number: D13CI130000013
Transaction ID: 0000685027
Filing Date: 04/24/2013 02:57:18 PM CDT

## SERVICE RETURN

CEDAR COUNTY DISTRICT COURT
Cedar County Courthouse
P.O. Box 796
Hartington          NE 68739 0796

To:
Case ID: CI 13      13 Cinch LLC v American Farmers; et al

Received this Summons on _____,_____. I hereby certify that on

_____,_____ at _____ o'clock ___.M. I served copies of the Summons
upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

| | | |
|---|---|---|
| Service and return | $ | _____ |
| Copy | | _____ |
| Mileage ____miles | | _____ |
| TOTAL | $ | _____ |

Date: _____   BY: _____
                                    (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _American Farmers and Ranchers Insurance, Attn: Bobby Green,_
                                                Registered Agent
At the following address: _____800 N. Harvey, Oklahoma City, OK 73102-2813_____

_____

_____

on the __4th__ day of __April_____ __2013__, as required by Nebraska state law.

Postage $ _11.12___   Attorney for: _Plaintiff_____

The return receipt for mailing to the party was signed on _April 8_____, _2013_.

To: American Farmers & Ranchers Ins          From: David E Copple
    Bobby Green,  Reg. Agent                        2425 Taylor Avenue
    800 N. Harvey                                   PO Box 78
    Oklahoma City, OK 73102                         Norfolk, NE 68702-0078

**EXHIBIT "E"**

ATTACH RETURN RECEIPT & RETURN TO COURT


**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 04/15/2013

CERTIFIED MAIL ENVELOPES INC

The following is the delivery information for Certified Mail™/RRE/RD item number 9469 3102 0083 0769 2479 92. Our records indicate that this item was delivered on 04/08/2013 at 02:38 p.m. in OKLAHOMA CITY, OK, 73102. The scanned image of the recipient information is provided below.

Signature of Recipient:


Address of Recipient:


Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,

United States Postal Service

Filed in Cedar District Court
*** EFILED ***
Case Number: D13CI130000013
Transaction ID: 0000685027
Filing Date: 04/24/2013 02:57:12 PM CDT

## SERVICE RETURN

CEDAR COUNTY DISTRICT COURT
Cedar County Courthouse
P.O. Box 796
Hartington          NE 68739 0796

To:
Case ID: CI 13      13 Cinch LLC v American Farmers; et al

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock ___M. I served copies of the Summons
upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return      $ _____

Copy                       _____

Mileage _____miles         _____

   TOTAL             $ _____

Date: _____    BY: _____
                                      (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: Great American Insurance Group, Eve Cutler Rosen, Registered Agent

At the following address: 580 Walnut Street, Cincinnati, OH 45202

_____

_____

on the 4th    day of   April          2013 , as required by Nebraska state law.

Postage $ 11.23    Attorney for:    Plaintiff

The return receipt for mailing to the party was signed on ___April 8___ , 2013 .

To: Great American Insurance Group       From: David E Copple
    Eve Cutler Rosen, Reg. Agent               2425 Taylor Avenue
    580 Walnut Street                          PO Box 78
    Cincinnati, OH 45202                       Norfolk, NE 68702-0078

### EXHIBIT "F"

# ATTACH RETURN RECEIPT & RETURN TO COURT



**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 04/15/2013

CERTIFIED MAIL ENVELOPES INC

The following is the delivery information for Certified Mail™/RRE/RD item number 9469 3102 0083 0769 2345 65. Our records indicate that this item was delivered on 04/08/2013 at 11:22 a.m. in CINCINNATI, OH, 45202. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,

United States Postal Service

Filed in Cedar District Court
*** EFILED ***
Case Number: D13CI130000013
Transaction ID: 0000685027
Filing Date: 04/24/2013 02:57:00 PM CDT

| | SERVICE RETURN | |
|---|---|---|

CEDAR COUNTY DISTRICT COURT
Cedar County Courthouse
P.O. Box 796
Hartington          NE 68739 0796

To:
Case ID: CI 13      13 Cinch LLC v American Farmers; et al

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons
upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return        $ _____

Copy                            _____

Mileage ____miles          _____

   TOTAL                 $ _____

Date: _____   BY: _____
                                        (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _Travelers Indemnity Co. of Conn., CSC-Lawyers Incorp Serv,
                                               Reg. Agent
At the following address: __233 S. 13th Street, Suite 1900, Linacoln, NE 68508_

_____

_____

on the _4th__ day of _____April_____ _2013_, as required by Nebraska state law.

Postage $ _11.12__   Attorney for: _Plaintiff_

The return receipt for mailing to the party was signed on _April 5_____, _2013_.

To: Travelers Indemnity Co of Conn.        From: David E Copple
    CSC-Lawyers Incorp Serv, Reg. Agent          2425 Taylor Avenue
    233 S. 13th Street, Suite 1900               PO Box 78
    Lincoln, NE 68508                            Norfolk, NE 68702-0078

**EXHIBIT "G"**

# ATTACH RETURN RECEIPT & RETURN TO COURT


**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 04/08/2013

CERTIFIED MAIL ENVELOPES INC

The following is the delivery information for Certified Mail™/RRE/RD item number 9469 3102 0083 0769 2121 43. Our records indicate that this item was delivered on 04/05/2013 at 09:21 a.m. in LINCOLN, NE, 68501. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,

United States Postal Service