IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CINCH, LLC, a Nebraska Limited Liability Company;<br><br>    Plaintiff,<br><br>  vs.<br><br>AMERICAN FARMERS AND RANCHERS INSURANCE COMPANY, and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,<br><br>    Defendants. | 8:13CV140<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Stipulation for Dismissal (Filing No. 90). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, each party will pay its own costs, and the complete record is waived. Accordingly,

**IT IS ORDERED:**

1. The Parties' Stipulation for Dismissal (Filing No. 90) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. Each party will pay its own costs, and the complete record is waived.

Dated this 16th day of December, 2014

                BY THE COURT:

                s/Laurie Smith Camp
                Chief United States District Judge